

GDB/BHW: USAO 2016R00146

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB -6 PM 3: 08

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-17-635** |
| | * | |
| **EMMANUEL KUSI APPIAH,** | * | **(Bank Fraud Conspiracy, 18 U.S.C.** |
| a/k/a "Manny," | * | **§ 1349; Bank Fraud, 18 U.S.C.** |
| | * | **§ 1344; Aggravated Identity Theft,** |
| **Defendant** | * | **18 U.S.C. § 1028A(a)(1); Aiding** |
| | * | **and Abetting, 18 U.S.C. § 2;** |
| | * | **Forfeiture 18 U.S.C. § 982(a)(2))** |
| | * | |

*******

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Bank Fraud Conspiracy)

### Introduction

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Superseding Indictment:

1.      Defendant **EMMANUEL KUSI APPIAH, a/k/a "Manny," ("APPIAH")** was a resident of Maryland.

2.      Branch Banking and Trust Company Bank ("BB&T"), Citibank, N.A. ("Citibank"), M&T Bank, N.A. ("M&T Bank"), PNC Bank ("PNC"), SunTrust Bank ("SunTrust"), TD Bank, N.A. ("TD Bank"), Wells Fargo Bank, N.A. ("Wells Fargo"), Fidelity Bank ("Fidelity"), Capital One Bank ("Capital One"), and Woodforest National Bank were financial institutions within the meaning of Title 18, United States Code, Section 20, and had their deposits insured by the Federal Deposit Insurance Corporation ("FDIC") (the "financial institutions").

3.      Victim 2 maintained a credit card account with an account number ending in 9043 with Citibank ("Victim 2's Citibank 9043 account"). Citibank issued checks for Victim 2's Citibank 9043 account.

4.      Victim 3 maintained a bank account with an account number ending in 9049 with Citibank ("Victim 3's Citibank 9049 account"). Citibank issued checks for Victim 3's Citibank 9049 account.

5.      Victim 4 maintained a credit card account with an account number ending in 4301 with Citibank ("Victim 4's Citibank 4301 account"). Citibank issued checks for Victim 4's Citibank 4301 account.

6.      A "means of identification," as defined in Title 18, United States Code, Section 1028(d)(7), was any name or number that could be used alone or in conjunction with any other information to identify a specific individual, including any name and unique electronic identification number, address, and routing code.

**The Conspiracy**

7.      Between in or about June 2013 and in or about March 2018, in the District of Maryland and elsewhere, the defendant,

**EMMANUEL KUSI APPIAH,**
**a/k/a "Manny,"**

knowingly and willfully combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to execute a scheme and artifice to defraud the victim financial institutions; and to obtain and attempt to obtain money, funds, credits, assets, and securities owned by and under the custody and control of the victim financial institutions by means of materially false and fraudulent pretenses, representations, and promises (the "scheme to defraud"), in violation of 18 U.S.C. § 1344.

**Manner and Means of the Conspiracy and Scheme to Defraud**

8.      It was part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury registered fraudulent businesses with the Maryland State Department of Assessments and Taxation ("SDAT"), including Imperial Pipe Inc. ("Imperial Pipe"), Global Tax Services Inc. ("Global Tax Services"), Merchandise Services Inc. ("Merchant Services"), SJ Metal Inc. ("SJ Metal"), and Morgan Inc. ("Morgan Inc.") (the "fraudulent businesses").

9.      It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury opened fraudulent bank accounts in the names of the fraudulent businesses at the following financial institutions and others:  BB&T, M&T Bank, PNC, SunTrust, TD Bank, Wells Fargo, and Woodforest National Bank (the "fraudulent business bank accounts").

10.      It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury opened fraudulent bank accounts without authorization using the names and identities of other persons at the following financial institutions and others:  BB&T, Citibank, M&T Bank, PNC, SunTrust, TD Bank, Fidelity Bank, Capital One, and Woodforest National Bank (the "fraudulent individual bank accounts").

11.      It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury fraudulently obtained checks in the names and identities of other persons, including Victim 2, Victim 3, and Victim 4.

12.      It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury, in Maryland and elsewhere, deposited without authorization the fraudulently obtained checks into the fraudulent business bank accounts and the fraudulent individual bank accounts, which caused funds under the custody and control of financial

institutions to be transferred to other financial institutions, in the total amount of at least $91,444.06.

13.     It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury, in Maryland and elsewhere, without authorization, caused to be deposited fraudulent wire payments into the fraudulent business bank accounts and the fraudulent individual bank accounts.

14.     It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury used Automatic Teller Machines ("ATMs") in Maryland and elsewhere to withdraw, without authorization, U.S. Currency under the custody and control of financial institutions from the fraudulent business bank accounts and the fraudulent individual bank accounts.

15.     It was further part of the scheme to defraud that **APPIAH** and others known and unknown to the Grand Jury converted the fraudulent proceeds into money orders that **APPIAH** and others used for their personal benefit.

### Overt Acts

16.     On or about June 25, 2013, **Co-conspirator 1** and **APPIAH** deposited or caused to be deposited into a SunTrust account with an account number ending in 6632 a fraudulent check that Victim Business 1 issued in the amount of $55,225.77.

17.     On or about June 3, 2014, a BB&T account with an account number ending in 5892 was opened at a BB&T branch in Glen Burnie, Maryland in the name of Victim 1 and without the authorization of Victim 1, and with a mailing address in Washington, DC ("Victim 1's Fraudulent BB&T 5892 account").

18.     On or about September 15, 2014, **APPIAH** deposited Check No. 21338 in the amount of $4,850, drawn on Victim 4's Citibank 4301 account, into Victim 1's fraudulent BB&T 5892 account, which caused funds under the custody and control of Citibank to be transferred to BB&T.

19.     On or about February 9, 2015, a fraudulent business named "Imperial Pipe" was registered with SDAT. The Articles of Incorporation for Imperial Pipe listed various directors, including "Miranda Hills." The Articles of Incorporation for Imperial Pipe were purportedly completed by "Miranda Hills," with an address in Washington, DC.

20.     On or about March 9, 2015, an M&T Bank account with an account number ending in 1094 was opened at an M&T Bank branch in Glen Burnie, Maryland in the business name of "Imperial Pipe," with a business owner of "Miranda Hills," and the same mailing address in Washington, DC used to register the company with SDAT ("Imperial Pipe M&T Bank 1094 account").

21.     On or about May 7, 2015, **APPIAH** deposited Check No. 1254 in the amount of $14,782.29, drawn on Victim 3's Citibank 9049 account, into Imperial Pipe M&T Bank 1094 account, which caused funds under the custody and control of Citibank to be transferred to M&T Bank.

22.     On or about March 17, 2016, an M&T Bank account with an account number ending in 1420 was opened online in the name of Victim 2 and without the authorization of Victim 2, and with a mailing address of Victim 2's true mailing address in Maryland ("Victim 2's Fraudulent M&T Bank 1420 account").

23.     On or about May 10, 2016, **APPIAH** deposited Check No. 1022 in the amount of $4,900, drawn on Victim 2's Citibank 9043 account, into Victim 2's fraudulent M&T Bank 1420

account, which caused funds under the custody and control of Citibank to be transferred to M&T Bank.

24.     On or about May 22, 2016, **APPIAH** used an ATM to withdraw $20 in U.S. Currency, under the custody and control of M&T Bank, from Victim 2's fraudulent M&T Bank 1420 account.

25.     On or about March 29, 2018, **APPIAH** fraudulently possessed access devices that Citibank and Woodforest National Bank issued in the name of Victim 5, along with at least one money order that was fraudulently purchased using funds from a fraudulent business account opened under the Morgan Inc. business name.

18 U.S.C. § 1349

## COUNTS TWO THROUGH FIVE

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 6 and 8 through 15 of Count One are incorporated here.

### The Scheme to Defraud

2.      Between in or about June 2013 and in or about March 2018, in the District of

Maryland and elsewhere, the defendant,

### EMMANUEL KUSI APPIAH,
a/k/a "Manny,"

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud the

financial institutions and to obtain monies, funds, credits, assets, and securities owned by and

under the control of the financial institutions, by means of false and fraudulent pretenses,

representations and promises ("the scheme to defraud").

### The Charges

3.      On or about the dates set forth below, in the District of Maryland and elsewhere,

the defendant,

### EMMANUEL KUSI APPIAH,
a/k/a "Manny,"

did knowingly and willfully execute and attempt to execute the scheme to defraud as follows:

| COUNT | DATE | DESCRIPTION |
| --- | --- | --- |
| 2 | September 15, 2014 | In College Park, Maryland, **APPIAH** deposited Check No. 21338 in the amount of $4,850, drawn on Victim 4's Citibank 4301 account, into Victim 1's fraudulent BB&T 5892 account, which caused funds under the custody and control of Citibank to be transferred to BB&T. |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 3 | May 7, 2015 | In College Park, Maryland, **APPIAH** deposited Check No. 1254 in the amount of $14,782.29, drawn on Victim 3's Citibank 9049 account, into Imperial Pipe M&T Bank 1094 account, which caused funds under the custody and control of Citibank to be transferred to M&T Bank. |
| 4 | May 10, 2016 | In College Park, Maryland, **APPIAH** deposited Check No. 1022 in the amount of $4,900, drawn on Victim 2's Citibank 9043 account, into Victim 2's fraudulent M&T Bank 1420 account, which caused funds under the custody and control of Citibank to be transferred to M&T Bank. |
| 5 | May 22, 2016 | In Silver Spring, Maryland, **APPIAH** used an ATM to withdraw $20 in U.S. Currency, under the custody and control of M&T Bank, from Victim 2's fraudulent M&T Bank 1420 account. |

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT SIX
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 6 and 8 through 15 of Count One are incorporated here.

2.      On or about May 7, 2015, in the District of Maryland, the defendant,

### EMMANUEL KUSI APPIAH,
### a/k/a "Manny,"

knowingly possessed and used, without lawful authority, a means of identification of another

person, to wit, the name, personal bank account number, and check issued to Victim 3 for Victim

3's Citibank 9049 account, during and in relation to Bank Fraud under 18 U.S.C. § 1344, as

charged in Count Three of this Superseding Indictment and incorporated here.


18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

9

## COUNT SEVEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 6 and 8 through 15 of Count One are incorporated here.

2.      On or about May 10, 2016, in the District of Maryland, the defendant,

**EMMANUEL KUSI APPIAH,**
**a/k/a "Manny,"**

knowingly possessed and used, without lawful authority, a means of identification of another person, to wit, the name, credit card account number, and check issued to Victim 2 for Victim 2's Citibank 9043 account, during and in relation to Bank Fraud under 18 U.S.C. § 1344, as charged in Count Four of this Superseding Indictment and incorporated here.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982(a)(2), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction on Counts One through Five of this Superseding Indictment.

2.      As a result of the offenses set forth in Count One through Five of this Superseding Indictment, the defendant,

**EMMANUEL KUSI APPIAH,**
**a/k/a "Manny,"**

shall forfeit to the United States any property, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offenses, including but not limited to a money judgment in the amount of at least $91,444.06.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

18 U.S.C. § 982(a)(2)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Robert Hur (GDY)
_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: February 6 , 2019